UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL J. BANKS and | ) | |
| ANTONIA RUSH-BANKS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV02158 ERW |
| | ) | |
| FRANCIS G. SLAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendants Francis G. Slay, Darlene Green, Tishaura O. Jones, Richard Gray, Thomas Irwin, Bettye Battle-Turner, and Erwin O. Switzer's Motion for Extension of Time to File a Responsive Pleading [ECF No. 11]. Defendants ask the Court for additional time to answer or otherwise file a responsive pleading to the Complaint. Defendants' Motion is **GRANTED**.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time to File a Responsive Pleading [ECF No. 11] is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendants shall answer or otherwise respond to the Complaint in this matter no later than January 27, 2014.

Dated this  31st  day of December, 2013.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE